UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COACH, INC., a Maryland corporation and
COACH SERVICES, INC., a Maryland
corporation,

    Plaintiffs,

v.                                        Case No. 6:11-cv-1905-Orl-10TBS

VISITORS FLEA MARKET, LLC, DELROY
JOSEPHS, JULIO BATISTA, LUIS FREITES,
LILY SY, SOMPRATHANA VONGUILATH,
MATILDE SEGURA, and DOES 1
THROUGH 3,

    Defendants.

## ORDER

Pending before the Court is Defendants' Motion to Unseal Document (Doc. 53).

The motion is DENIED WITHOUT PREJUDICE for failure to comply with Local Rule 3.01(g).

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on July 16, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel