# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

COACH, INC., COACH SERVICES, INC.,

Plaintiffs,

v.   Case No. 6:11-cv-1905-Orl-19KRS

VISITORS FLEA MARKET, LLC, DELROY
JOSEPHS, JULIO BATISTA, ET AL.,

Defendants.

## ORDER

This case is before the Court on a Motion for Partial Summary Judgment and a Motion for Summary Judgment.

The parties are hereby notified that the Court will take the Motion for Partial Summary Judgment and Motion for Summary Judgment under advisement on September 27, 2012. Prior to that date, the adverse party(ies) may file affidavits(s) within the purview of the Federal Rule of Civil Procedure 56 in opposition to the Motion. Failure to oppose the Motion for Partial Summary Judgment and Motion for Summary Judgment may result in Judgment for movant without further proceedings. *See Milburn v. United States*, 734 F.2d 762 (11th Cir. 1984); *Griffith v. Wainwright*, 772 F.2d 822 (11th Cir. 1985); Local Rule 3.01(b). Movant may file a reply brief, not exceeding ten (10) pages, within 14 days after the date the response is served. A hearing will not be held on the Motion for Partial Summary Judgment or the Motion for Summary Judgment.

**Milburn Order (continued)**

DONE AND ORDERED in Chambers at Orlando, Florida, this 14th day of August, 2012.

*Patricia C. Fawsett*
PATRICIA C. FAWSETT
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record