UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COACH, INC. and COACH SERVICES, INC.,

    Plaintiffs,

v.                                                                Case No:  6:11-cv-1905-Orl-19TBS

VISITORS FLEA MARKET, LLC, DELROY JOSEPHS, JULIO BATISTA, LUIS FREITES, LILY SY, SOMPRATHANA VONGUILATH, MATILDE SEGURA and DOES 1 THROUGH 3,

    Defendants.

## ORDER

Pending before the Court is Plaintiffs' Unopposed Motion to reset Final Pretrial Conference. (Doc. 84).  Pursuant to M.D. Fla. Rule 3.01(g), counsel for Plaintiffs represents that he has conferred with counsel for Defendants, who have no objection to the motion.  Upon due consideration, the Court **GRANTS** Plaintiffs' Unopposed Motion to reset Final Pretrial Conference. (Doc. 84).  The final pretrial conference is set before the undersigned on November 20, 2012 at 10:00 am in Orlando, Florida, Courtroom 4C.

**IT IS SO ORDERED**.

**DONE** and **ORDERED** in Orlando, Florida on the 10th day of October, 2012.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties