FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA- ORLANDO DIVISION

2012 OCT 12  PM 4: 14

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

COACH, INC., and COACH SERVICES, INC.
      Plaintiff

v.

VISITORS FLEA MARKET, LLC
DELROY JOSEPHS, JULIO BATISTA
LUIS FREITES, LILY SY, SOMPRATHANA,
VONGUILATH, MATILDE SEGURA and
DOES 1 through 3
      Defendants.
_____/

MEDIATOR'S REPORT

CASE NO. 6-11-CV-01905-PCF-GJK

To: Honorable Patricia C. Fawsett

    The undersigned, Mark A. Buckstein, the mediator designated by the parties hereto to mediate this dispute, hereby sets forth his report of the mediation in this matter.

    1.    The mediation of this matter took place on July 12, 2012 between the hours of 9:30 a.m. and 3:00 p.m. at the offices of Broad and Cassel, 2 S. Biscayne Boulevard, Miami, Florida 33131. In attendance at the mediation were the following persons:

| | | |
|---|---|---|
| For Plaintiff: | | Nancy Axelrod, Esq.- Deputy General Counsel |
| | | Counsel: Broad and Cassel by David B. Rosemberg, P.L. |
| For Defendant | | Delroy Winston Josephs- Owner |
| Visitors Flea | | John Waryas- Manager |
| Market LLC | | Counsel: Zimmerman Kiser & Sutcliffe P.A. BY Roger D. Moss, Jr. |
| Mediator: | | Mark A. Buckstein |

    2.    The mediation was declared impassed at 3:00 p.m.

Dated:    October 2, 2012
              Boca Raton, Florida

_____
Mark A. Buckstein, Mediator
2424 N. Federal Highway- Suite 150
Boca Raton, Florida 33431
e-mail: mabresolve@aol.com
Tel: 561-417-6602    Fax: 561-417-6604



