**KEY (type of objection)**
**P – Prejudice  H – Hearsay**
**R – Relevance A- Authenticity**
**I – Incomplete**
**26(a) – Not disclosed pursuant to Rule 26(a)(10, and/or not produced during discovery.**
**N – No objection/Admitted**

# PLAINTIFFS' EXHIBIT LIST

( )Government     (x)Plaintiffs     ( )Defendants     ( )Court

### Case No.: 6:11-cv-1905-ORL-19GJK

### Coach, Inc. v. Visitors Flea Market, LLC

| Exh. No. | Date Identified | Date Admitted | Sponsoring Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | | N | Lease Agreement for Maria M. Segura dated June 6, 2000 |
| 2. | | | | N | Lease Agreement for Julio Cesar Batista dated February 19, 2002 |
| 3. | | | | N | Lease Agreement for Luis C. Freites dated January 23, 2004 |
| 4. | | | | N | Lease Agreement for Maria M. Segura dated June 9, 2008 |
| 5. | | | | N | Lease Agreement for Luis Freites dated June 9, 2008 |
| 6. | | | | N | Lease Agreement for Luis Freites dated January 29, 2009 |
| 7. | | | | N | Lease Agreement for Somprathana Vongvilath dated May 7, 2009 |
| 8. | | | | R | WACC letter to Visitors Flea Market dated September 16, 2008 |
| 9. | | | | R | WACC letter to Visitors Flea Market dated January 20, 2011 |
| 10. | | | | R | AED Investigations, Inc. letter to WACC dated December 27, 2010 |
| 11. | | | | H/H | AED Investigations, Inc. letter to Coach, Inc. dated March 17, 2011 |
| 12. | | | | N | AED Investigations, Inc. letter to Coach, Inc. dated August 12, 2011 |
| 13. | | | | N | AED Investigations, Inc. letter to Coach, Inc. dated January 4, 2012 |

| | | | | | |
|---|---|---|---|---|---|
| 14. | | | | N | Coach, Inc. letter to Visitors Flea Market dated March 28, 2011 |
| 15. | | | | H | Coach, Inc. letter to Matilde Segura dated August 5, 2011 |
| 16. | | | | H | Coach, Inc. letter to Somprathana Vongvilath dated August 5, 2011 |
| 17. | | | | R/H | Coach, Inc. letter to Lily Sy dated August 5, 2011 |
| 18. | | | | H | Coach, Inc. letter to Luis Freites dated August 5, 2011 |
| 19. | | | | N | Coach, Inc. letter to Julio Batista dated August 5, 2011 |
| 20. | | | | H | Coach, Inc. Affidavit dated November 15, 2011 |
| 21. | | | | N | 192 Flea Market, Inc. letter to Coach, Inc. dated December 21, 2011 |
| 22. | | | | R | WACC Infringement Notice to Julius Batista dated September 6, 2008 |
| 23. | | | | R | WACC Infringement Notice to Zhong Huang dated September 6, 2008 |
| 24. | | | | R | WACC Infringement Notice to Go Go dated December 22, 2010 |
| 25. | | | | R | WACC Infringement Notice to Maria Matilde Segura dated December 22, 2010 |
| 26. | | | | R | WACC Infringement Notice to Julio dated December 22, 2010 |
| 27. | | | | R | WACC Infringement Notice to Angela Britto dated December 22, 2010 |
| 28. | | | | R | WACC Infringement Notice to Huang dated December 22, 2010 |
| 29. | | | | N | Eviction Notice to Zhong Huang dated December 20, 2011 |
| 30. | | | | N | Visitors Flea Market fine for booth closure dated January 14, 2012 |
| 31. | | | | N | Rent Breakdown of Somprathana Vongvilath |
| 32. | | | | N | Rent Breakdown of Somprathana Vongvilath (Handwritten) |
| 33. | | | | N | Rent Breakdown of Maria Segura |
| 34. | | | | N | Rent Breakdown of Luis Freites |
| 35. | | | | N | Rent Breakdown of Julio C. Batista |

2

BROAD and CASSEL

| 36. | | | | R/H/A | Sweep Detail by Vendor |
|-----|--|--|--|-------|------------------------|
| 37. | | | | N | Florida Driver's License of Somprathana Vongvilath |
| 38. | | | | N | Florida Driver's License of Maria Matilda Segura |
| 39. | | | | N | Florida Driver's License of Luis C. Freites (Issued on January 12, 2001) |
| 40. | | | | N | Florida Driver's License of Luis C. Freites (Issued on February 12, 2008) |
| 41. | | | | N | Florida Driver's License of Julio Cesar Batista |
| 42. | | | | N | Photographs produced by Coach, Inc. (Coach 03735 – Coach 03784) |
| 43. | | | | A/R | Photographs produced by WACC pursuant to subpoena |
| 44. | | | | N | Copyright Registration VA1-694-574 Coach Op Art Design |
| 45. | | | | N | Copyright Registration VA1-714-051 Coach Heritage Logo |
| 46. | | | | | **Intentionally Left Blank** |
| 47. | | | | N | Trademark Registration Certificate No. 1,070,999 |

| 48. | | | | N | Trademark Registration Certificate No. 1,071,000 |
|-----|--|--|--|---|---------------------------------------------------|
| 49. | | | | N | Trademark Registration Certificate No. 1,309,779 |
| 50. | | | | N | Trademark Registration Certificate No. 2,088,706 |
| 51. | | | | N | Trademark Registration Certificate  No. 2,162,303 |
| 52. | | | | N | Trademark Registration Certificate No. 2,592,963 |
| 53. | | | | N | Trademark Registration Certificate No. 2,626,565 |
| 54. | | | | N | Trademark Registration Certificate No. 2,822,318 |
| 55. | | | | N | Trademark Registration Certificate No. 3,251,315 |
| 56. | | | | N | Trademark Registration Certificate No. 3,338,048 |

3

BROAD and CASSEL

One Biscayne Tower, 21st Floor   2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

| | | | | | |
|---|---|---|---|---|---|
| 57. | | | | N | Trademark Registration Certificate No. 3,413,536 |
| 58. | | | | N | Trademark Registration Certificate  No. 3,441,671 |
| 59. | | | | N | Trademark Registration Certificate No. 3,696,470 |
| 60. | | | | N | Management Agreement between Visitors Plaza, Inc. and Visitors Flea Market, LLC dated June 20, 2000 |
| 61. | | | | R | Delroy W. Josephs  - 2008 Tax Return |
| 62. | | | | R | Delroy W. Josephs  - 2009 Tax Return |
| 63. | | | | R | Delroy W. Josephs  - 2010 Tax Return |
| 64. | | | | R | Delroy W. Josephs  - 2011 Tax Return |
| 65. | | | | R/26(a) | Coach 2007 Annual Report Form 10-K |
| 66. | | | | R/26(a) | Coach 2008 Annual Report Form 10-K |
| 67. | | | | R/26(a) | Coach 2009 Annual Report Form 10-K |
| 68. | | | | R/26(a) | Coach 2010 Annual Report Form 10-K |
| 69. | | | | R/26(a) | Coach 2011 Annual Report Form 10-K |
| 70. | | | | 26(a) | 1986 Coach Spring Catalog |
| 71. | | | | 26(a) | 1990 Coach Winter Catalog |
| 72. | | | | 26(a) | 1994 Coach Spring Catalog |
| 73. | | | | 26(a) | 1997 Coach Holiday Catalog |
| 74. | | | | 26(a) | 1998 Coach Spring Catalog |
| 75. | | | | 26(a) | 2003 Coach Holiday Catalog |
| 76. | | | | 26(a) | 2003 Coach Spring Catalog |
| 77. | | | | 26(a) | 2004 Coach Holiday Catalog |
| 78. | | | | 26(a) | 2004 Coach Spring Catalog |
| 79. | | | | 26(a) | 2005 Coach Winter Catalog |
| 80. | | | | 26(a) | 2006 Coach Fall Catalog |
| 81. | | | | 26(a) | 2008 Coach Holiday Catalog |
| 82. | | | | H/R/A | 2008 Visitors Flea Market Annual Report  (Florida Division of Corporations) |
| 83. | | | | H/R/A | 2009 Visitors Flea Market Annual Report  (Florida Division of Corporations) |
| 84. | | | | H/R/A | 2010 Visitors Flea Market Annual Report  (Florida Division of Corporations) |
| 85. | | | | H/R/A | 2011 Visitors Flea Market Annual Report  (Florida Division of Corporations) |

BROAD and CASSEL

One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

| | | | | | |
|---|---|---|---|---|---|
| 86. | | | | 26(a)/R | Coach Annual Sales Chart (2008-2012) |
| 87. | | | | R/26(a) | Printout of Visitors Flea Market Website – Home Page |
| 88. | | | | R/26(a) | Printout of Visitors Flea Market Website - Layout |
| 89. | | | | R/26(a) | Printout of Visitors Flea Market Website – All Vendors |
| 90. | | | | R/26(a) | Printout of Visitors Flea Market Website – Handbag Vendors |
| 91. | | | | R/26(a) | Printout of Visitors Flea Market Website – Wallet Vendors |
| 92. | | | | N | Counterfeit Coach handbag purchased on February 9, 2011 (brown)  (and photograph pursuant to Local Rule 5.04) |
| 93. | | | | N | Counterfeit Coach handbag purchased on February 9, 2011 (dark brown)  (and photograph pursuant to Local Rule 5.04) |
| 94. | | | | N | Counterfeit Coach swing pack purchased on February 9, 2011 (beige and brown)  (and photograph pursuant to Local Rule 5.04) |
| 95. | | | | 26(a) | Exemplar product – Handbag |
| 96. | | | | 26(a) | Exemplar product – Handbag |
| 97. | | | | 26(a) | Exemplar product – Handbag |
| 98. | | | | 26(a) | Exemplar product – Handbag |
| 99. | | | | 26(a) | Exemplar product – Handbag |
| 100. | | | | 26(a) | Exemplar – Duffel bag |
| 101. | | | | 26(a) | Exemplar product – Wallet |
| 102. | | | | 26(a) | Exemplar product – Wallet |
| 103. | | | | 26(a) | Exemplar product – wristlet |
| 104. | | | | 26(a) | Exemplar product – swing pack |
| 105. | | | | 26(a) | Exemplar product – swing pack |
| 106. | | | | 26(a) | Exemplar product – back pack |
| 107. | | | | 26(a) | Exemplar product – sandals |
| 108. | | | | 26(a) | Exemplar product – scarf |
| 109. | | | | 26(a) | Exemplar product – hat/cap |
| 110. | | | | N (subject to stated objections) | Deposition designation of Delroy Josephs (including Video) |
| 111. | | | | N (subject to stated objections) | Deposition designation of John Waryas (including Video) |

BROAD and CASSEL

One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

| 112. | | | | N (subject to stated objections) | Deposition designation of Matilde Segura |
|------|--|--|--|------------------------------------|-------------------------------------------|
| 113. | | | | N (subject to stated objections) | Deposition designation of Luis Freites |
| 114. | | | | N (subject to stated objections) | Deposition designation of Somprathana Vongvilath |
| 115. | | | | N (subject to stated objections) | Deposition designation of Julio Batista |
| 116. | | | | **26(a)** | Coach Inc. / Coach Services, Inc., Trademark Assignment, August 3, 2001 |
| 117. | | | | 26(a) | Coach Inc. / Coach Services, Inc., Trademark License Agreement, August 3, 2001 |
| 118. | | | | 26(a) | Summary exhibit of trademark violations for handbags |
| 119. | | | | 26(a) | Summary exhibit of trademark violations for wallets |
| 120. | | | | 26(a) | Summary exhibit of trademark violations for wristlets |
| 121. | | | | 26(a) | Summary exhibit of trademark violations for back packs |
| 122. | | | | 26(a) | Summary exhibit of trademark violations for swing packs |
| 123. | | | | 26(a) | Summary exhibit of trademark violations for sandals |
| 124. | | | | 26(a) | Summary exhibit of trademark violations for scarves |
| 125. | | | | 26(a) | Summary exhibit of trademark violations for caps |
| 126. | | | | 26(a) | Summary exhibit of copyright violations |

Plaintiffs reserve the right to use any exhibit listed herein in an enlarged format for presentation to the jury.   In addition, Plaintiffs reserve the right to compile information from a collection of exhibits into an enlarged combined exhibit for presentation to the jury.

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

Plaintiffs reserve the right to use additional exhibits purely for impeachment as opposed to admission.

Respectfully submitted,

*/s/* David B. Rosemberg
David B. Rosemberg, P.L. (0582239)
drosemberg@broadandcassel.com
BROAD AND CASSEL
One Biscayne Tower, 21st Floor
2 South Biscayne Blvd.
Miami, Florida  33131
Telephone:  305.373.9400
Facsimile:   305.373.9443
*Attorneys for Plaintiffs Coach, Inc. and*
*Coach Services, Inc.*