**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

COACH, INC., et al., CASE NO.: 6:11-cv-01905-PCF-GJK

Plaintiffs,

vs.

VISITORS FLEA MARKET, LLC, et al.,

Defendants.
_____________________________________/

# EXHIBIT LIST

**_____Government _____Plaintiff __X___Defendant ______Court**

**KEY (type of objection)**
**P – Prejudice H – Hearsay**
**R – Relevance A- Authenticity**
**I – Incomplete**
**A – Admitted / No Objection**

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Sponsoring Witnesses** | **Objections/ Stipulated Admissions** | **Description of Exhibit** |
|---|---|---|---|---|---|
| A | | | | R/A/H | Coach handbag, Z19603/SV Ginger Beet, purchased at TJ Maxx on 5/30/12 (and photograph pursuant to Local Rule 5.04) |
| B | | | | R/A/H | Coach handbag, Z19600/SV/Rose, purchased at TJ Maxx on 5/30/12 (and photograph pursuant to Local Rule 5.04) |

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Sponsoring Witnesses** | **Objections/ Stipulated Admissions** | **Description of Exhibit** |
|---|---|---|---|---|---|
| C | | | | R/A/H | Coach handbag, Z46474/SV Guava, purchased at TJ Maxx on 5/30/12 (and photograph pursuant to Local Rule 5.04) |
| D | | | | R / I | Plaintiff's Response to Defendants' RTP and Interrogatories (pleading) |
| E | | | | A | Lease Agreement for Julio Cesar Batista dated 2/19/02 |
| F | | | | A | Lease Agreement for Luis C. Freites dated 6/9/08 |
| G | | | | A | Lease Agreement for Luis Freites dated 1/29/09 |
| H | | | | A | Lease Agreement for Luis C. Freites dated 1/23/04 |
| I | | | | A | Lease Agreement for Somprathana Vongvilath dated 5/7/09 |
| J | | | | A | Lease Agreement for Maria M. Desegura dated 6/6/00 |
| K | | | | A | Lease Agreement for Maria Segura dated 6/9/08 |
| L | | | | A | 5/3/10 letter from John to all Vendors re: only legal items to be sold |
| M | | | | A | 12/22/10 letter to Julio Batista from Visitors Flea Market Office Management requesting removal of any counterfeit/illegal items |
| N | | | | A | 11/22/11 letter to Vendor at Booth 5-6 |

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Sponsoring Witnesses** | **Objections/ Stipulated Admissions** | **Description of Exhibit** |
|---|---|---|---|---|---|
| | | | | | from Joe re raid |
| O | | | | A | 12/22/10 letter from Visitors Flea Market Office Management to Luis Freites requesting removal of any counterfeit/illegal items |
| P | | | | A | 11/22/11 letter from Joe to Vendor at Booth 86-92 re: raid |
| Q | | | | A | 12/22/10 letter from Visitors Flea Market Office Management to Go-Go Bags: Booth 86-90 re removal of any counterfeit/illegal items |
| R | | | | A | 11/22/11 letter from Joe to Booth 184-189 re raid |
| S | | | | A | 11/22/11 letter from Joe to Booth 215-218 re raid |
| T | | | | A | 7/21/11 letter to Vendors from Visitors Flea Market re carrying tiffany, coach, and L.V. |
| U | | | | A | 11/22/11 letter from Joe to Vendors re raid |
| V | | | | R/A/H | Color photos of Coach handbags taken at TJ Maxx |
| W | | | | A | 3/28/11 Letter from Tiffany Walden to Visitors Flea Market re counterfeiting |
| X | | | | R | 1/23/12 Letter from Ethan Lau to Del Josephs responding to Mr. Josephs request for on-site visit |
| Y | | | | R | Coach brochure and pamphlet re |

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Sponsoring Witnesses** | **Objections/ Stipulated Admissions** | **Description of Exhibit** |
|---|---|---|---|---|---|
| | | | | | identification of authentic v. counterfeit Coach products [**CONFIDENTIAL – PROTECTED BY CONFIDENTIALITY STIPULATION**] |
| Z | | | | Not admissible pursuant to Fed. R. Civ. P. 32 | Deposition testimony of Eric Rosaler taken 7/16/12 |
| AA | | | | Not admissible pursuant to Fed. R. Civ. P. 32 | Deposition testimony of Ethan Lau taken 7/20/12 |
| BB | | | | A (subject to deposition designation) | Deposition testimony of Dayanara Perez taken 6/7/12 |
| CC | | | | A (subject to deposition designation) | Deposition testimony of Louis Freites taken on 4/12/12 |
| DD | | | | A (subject to deposition designation) | Deposition testimony of Somprathana Vongvilath taken on 4/12/12 |
| EE | | | | A (subject to deposition designation) | Deposition testimony of Julio Bastista taken on 4/13/12 |
| FF | | | | A (subject to deposition designation) | Deposition testimony of Maltide Segura taken on 4/13/12 |
| GG | | | | A (subject to deposition designation) | Deposition testimony of Delroy Josephs taken on 6/6/12 |
| HH | | | | Not admissible | Deposition testimony of John Waryas taken |

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Sponsoring Witnesses** | **Objections/ Stipulated Admissions** | **Description of Exhibit** |
|---|---|---|---|---|---|
| | | | | pursuant to Fed. R. Civ. P. 32 | 6/5/12 |
| II | | | | R/A | Copy of pages from Coach website on Counterfeit Education |
| JJ | | | | R/A | Copy of pages from Coach website on Frequently Asked Questions |
| KK | | | | R/A | Copy of Coach products for sale on EBay |
| LL | | | | R/H | 12/21/11 letter from Matilde Segura to David Rosemberg re response to lawsuit |
| MM | | | | R/H | Julio Cesar Batista's Answer to Summons filed 12/27/11 |
| NN | | | | R/H | Somprathana Vongvilath's response to lawsuit dated 12/20/11 |
| OO | | | | R/H | Luis Freites Answer to lawsuit |
| PP | | | | I | Color photos from Ethan Lau report and deposition |
| QQ | | | | Not admissible pursuant to Fed. R. Civ. P. 32 | Deposition testimony of Jason Kromash taken 7/16/12 |