UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:11-cv-01905-PCF-TBS

COAH, INC., a Maryland corporation,
and COACH SERVICES, INC.,
a Maryland corporation,

Plaintiffs,

v.

VISITORS FLEA MARKET, LLC,
DELROY JOSEPHS, JULIO BATISTA
LUIS FREITES, LILY SY,
SOMPRATHANA VONGUILATH, and
MATILDE SEGURA,

Defendants.
_____________________________________/

# JOINT WITNESS LIST

## I. Plaintiffs' Witness List

### A. Will be called:

1. Ethan Lau
   c/o Broad and Cassel
   One Biscayne Tower, 21st Floor
   2 South Biscayne Blvd.
   Miami, Florida 33131
   (305) 373-9400

2. Eric Rosaler
   P.O. Box 4132
   Hallandale, Florida 33008
   (305) 495-1838

3. David Friar
   P.O. Box 4132
   Hallandale, Florida 33008
   (305) 495-1838

4. Jason Kromash
5036 Dr. Phillips Blvd.
Suite 205
Orlando, Florida 32819
(407) 592-0366

5. Delroy Josephs
c/o Zimmerman, Kiser & Sutcliffe, P.A.
315 East Robinson Street, Suite 600
Orlando, Florida 32801

6. John Waryas
c/o Zimmerman, Kiser & Sutcliffe, P.A.
315 East Robinson Street, Suite 600
Orlando, Florida 32801

7. Shamila Maharje
c/o Zimmerman, Kiser & Sutcliffe, P.A.
315 East Robinson Street
Suite 600
Orlando, Florida 32801

8. Vindrawatie Daharry
5811 W. Irlo Bronson Hwy
Kissimmee, Florida 34746

9. Alex Vazquez
Denim Rack
5811 W. Irlo Bronson Hwy
Kissimmee, Florida 34746

10. All individuals named in Defendants' witness list

11. Any witnesses necessary for rebuttal or impeachment

**B. May be called:**

1. Somprathana Vongvilath
3246 Owassa Court
Kissimmee, Florida 34746

2. Matilde Segura
1618 Colleen Drive
Orlando, Florida 32809

3. Luis Freites
   3286 Ceder Hammock Trail
   St. Cloud, Florida 34772

4. Julio Batista
   1189 Epson Oak Way
   Orlando, Florida 32837

5. Michael Power
   c/o Broad and Cassel
   One Biscayne Tower, 21st Floor
   2 South Biscayne Blvd.
   Miami, Florida 33131
   (305) 373-9400

6. Eric Berger
   2647-A NE 186 Terrace
   North Miami Beach, Florida 33180
   (305) 933-9576

7. Dayanara Perez
   c/o Broad and Cassel
   One Biscayne Tower, 21st Floor
   2 South Biscayne Blvd.
   Miami, Florida 33131
   (305) 373-9400

8. Delroy Josephs Jr.
   c/o Zimmerman, Kiser & Sutcliffe, P.A.
   315 East Robinson Street, Suite 600
   Orlando, Florida 32801

## II. <u>Defendants' Witness List</u>

### A. Will be called:

1. John Waryas
   c/o Zimmerman, Kiser & Sutcliffe, P.A.
   315 East Robinson Street, Suite 600
   Orlando, Florida 32801

2. Delroy Josephs
   c/o Zimmerman, Kiser & Sutcliffe, P.A.
   315 East Robinson Street, Suite 600
   Orlando, FL 32801

3. Vernon Starnes
Starnes Investigations
Post Office Box 1627
Orlando, FL 32802

4. Julio Batista
1189 Epson Oak Way
Orlando, Florida 32837

5. Somprathana Vongvilath
3246 Owassa Court
Kissimmee, Florida 34746

6. Luis Freites
3286 Ceder Hammock Trail
St. Cloud, Florida 34772

7. Matilde Segura
1618 Colleen Drive
Orlando, Florida 32809

**B. May be called:**

1. Shamila Maharje
c/o Zimmerman, Kiser & Sutcliffe, P.A.
315 East Robinson Street, Suite 600
Orlando, Florida 32801

2. Vindrawatie Daharry
c/o Zimmerman, Kiser & Sutcliffe, P.A.
315 East Robinson Street, Suite 600
Orlando, FL 32801

3. Delroy Josephs, Jr.
c/o Zimmerman, Kiser & Sutcliffe, P.A.
315 East Robinson Street, Suite 600
Orlando, FL 32801

4. All individuals named in Plaintiffs' Witness List

/s/ David B. Rosemberg
DAVID B. ROSEMBERG, P.L. (582239)
drosemberg@broadandcassel.com
BROAD AND CASSEL
2 S. Biscayne Blvd., 21st Floor
Miami, Florida 33131
Telephone: 305.373.9437
Facsimile: 305.373.9443
*Attorneys for Plaintiffs Coach, Inc., and Coach Services, Inc.*

/s/ Rodger D. Moss
RODGER D. MOSS, JR., ESQ. (153915)
rmoss@zkslawfirm.com
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson Street, Suite 600
Orlando, Florida 32802
Telephone: 407.425.7010
Facsimile: 407.425.2747
*Attorneys for Defendants Visitors Flea Market, LLC and Delroy Josephs*