UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:11-cv-01905-PCF-TBS

COACH, INC., a Maryland corporation,
and COACH SERVICES, INC.,
a Maryland corporation,

Plaintiffs,

v.

VISITORS FLEA MARKET, LLC,
DELROY JOSEPHS, JULIO BATISTA
LUIS FREITES, LILY SY,
SOMPRATHANA VONGUILATH, and
MATILDE SEGURA,

Defendants.
_____________________________________/

# PLAINTIFF'S DEPOSITION DESIGNATIONS

## Deposition of Somprathana Vongvilath – April 12, 2012

Page 5; Lines 13-17, 20-21
Page 6; Lines 24-25
Page 7; Lines 14-21
Page 8; Lines 15-16, 24-25
Page 9; Line 1
Page 10; Lines 4-16, 21-23
Page 11; Lines 11-19
Page 17; Lines 5-11
Page 18; Lines 8-14
Page 19; Lines 9-16
Page 20; Lines 11-14, 18-25
Page 21; Lines 3-4, 7-10
Page 22; Lines 18-22
Page 23; Lines 9-11
Page 25; Lines 8-10, 14-22
Page 29; Lines 2, 5, 7-11

Page 30; Lines 25
Page 31; Lines 1-25
Page 32; Lines 1-13, 16-19
Page 35; Lines 3-9, 24-25
Page 36; Lines 1-2, 7-10
Page 39; Lines 15-19
Page 41; Lines 6-7, 10-16, 22-25
Page 42; Lines 1-4, 11-13, 22-25
Page 43; Lines 1-5
Page 45; Lines 11-21
Page 50; Lines 8-11, 13-21
Page 55; Lines 10-14
Page 57; Lines 14-21
Page 58; Lines 20-25
Page 59; Lines 1-3, 20-25
Page 60; Lines 2, 6-15, 19-23
Page 61; Lines 8-22
Page 62; Lines 11-14, 25
Page 63; Lines 1-10, 18-25
Page 64; Lines 1-12
Page 65; Lines 1-10
Page 66; Lines 18-21, 23-25
Page 67; Lines 1-4
Page 69; Lines 13-25
Page 70; Lines 1-4, 23-25
Page 71; Lines 2-17, 20-25
Page 72; Lines 1-4, 6-8, 10-20
Page 74; Lines 3-12
Page 76; Lines 5-17
Page 77; Lines 22-25
Page 78; Lines 1-4, 13-23

**<u>Deposition of Luis Freites – April 12, 2012</u>**

Page 14; Lines 20-21
Page 18; Lines 14-22
Page 19; Lines 13-19
Page 23; Lines 15-20
Page 25; Lines 25
Page 26; Lines 1-9, 20-25
Page 27; Lines 1-2, 4-12
Page 31; Lines 23-25
Page 32; Line 1
Page 38; Lines 12-16, 21-24

Page 39; Lines 12-15
Page 43; Lines 23
Page 45; Lines 17-22
Page 48; Lines 4-12, 14, 23-25
Page 49; Line 1
Page 50; Lines 1-6
Page 52; Lines 18-21
Page 53; Lines 8-12, 17-18
Page 61; Lines 3-7
Page 72; Lines 20-25
Page 73; Lines 1-19
Page 74; Lines 5-6, 8-11, 13-20
Page 75; Lines 2-3, 13-17
Page 79; Lines 12-18
Page 80; Lines 24-25
Page 82; Lines 19-21, 24-25
Page 83; Lines 1-4
Page 86; Lines 10-12, 14-16
Page 88; Lines 17-20, 22-25
Page 89; Lines 1-5
Page 90; Lines 17-20, 25
Page 91; Lines 1-10, 17-18
Page 92; Lines 6-16
Page 94; Lines 14-20
Page 95; Lines 1-3, 16-18, 20-25
Page 96; Lines 1, 4-5, 7-10
Page 97; Lines 3-17
Page 100; Lines 5-7
Page 101; Lines 22-25
Page 102; Lines 1-2

**Deposition of Julio Batista – April 13, 2012**

Page 7; Lines 10-19
Page 10; Lines 1-4
Page 12; Lines 16-23
Page 15; Lines 4-13, 16-22
Page 16; Lines 3-7, 10-13, 18-19, 24
Page 17; Lines 1-16
Page 21; Lines 17-20
Page 22; Lines 9-11
Page 23; Lines 13-25
Page 24; Lines 1-2, 15-17
Page 29; Line 25

Page 30; Lines 1-3, 6-10, 14-25
Page 31; Lines 1-12, 19-25
Page 32; Lines 1-7
Page 35; Lines 17-18, 23-25
Page 36; Lines 2-4, 6-20
Page 37; Lines 4-7, 9-13, 15-17, 22-24
Page 38; Lines 6-8, 12-14, 19-22
Page 39; Lines 1-7, 10-12
Page 40; Lines 4-6, 21-25
Page 41; Lines 1-5, 8-9, 12-19
Page 43; Lines 7-9, 20-25
Page 44; Lines 1, 8-11
Page 47; Lines 4-6, 9-10, 19-24

**<u>Deposition of Maltide Segura – April 13, 2012</u>**

Page 8; Lines 17-22
Page 9; Lines 3-6, 12-14, 19, 23-25
Page 10; Lines 9-11, 16-18, 22-24
Page 13; Lines 9-11, 18-23
Page 15; Lines 18-20, 23, 25
Page 16; Lines 1-9, 13-17, 24-25
Page 17; Lines 4-5, 16-23, 25
Page 18; Lines 1-9
Page 21; Lines 22-24
Page 22; Lines 6-10
Page 25; Lines 22-23
Page 28; Lines 15-19
Page 30; Lines 12-25
Page 31; Lines 1-2, 15-20, 23-25
Page 32; Lines 1-7, 13-15
Page 36; Lines 15-17
Page 37; Lines 23-25
Page 38; Lines 1, 5-6
Page 41; Lines 2-4, 10-12, 19-25
Page 42; Lines 6-11, 14-15, 17-18, 22-25
Page 43; Lines 1-5, 16-24
Page 44; Lines 1-11, 15-17, 19-20, 23, 25
Page 45; Lines 2-6, 15-17
Page 47; Lines 24-25
Page 48; Lines 1-3, 15-17, 19
Page 49; Lines 8-10
Page 51; Lines 15-25
Page 53; Lines 16-25

Page 54; Lines 3-10

**Deposition of John Waryas– June 5, 2012**

Page 6; Lines 21-22
Page 8; Lines 21-22
Page 9; Lines 2-9
Page 10; Lines 9-10; 18-23
Page 11; Lines 3-7, 17-25
Page 12; Lines 1-15, 23-24
Page 13; Lines 13-15, 25
Page 14; Lines 1-9, 19-25
Page 15; Lines 1-4, 8-20
Page 16; Lines 19-25
Page 18; Lines 2-5, 16-25
Page 19; Line 1
Page 24; Lines 18-21
Page 25; Lines 7-25
Page 26; Lines 1, 18-25
Page 27; Lines 1-6
Page 28; Lines 16-25
Page 30; Lines 11-24
Page 31; Lines 6-14
Page 34; Lines 12-25
Page 35; Lines 3-20
Page 36; Lines 5-11, 17-25
Page 37; Lines 1-2
Page 40; Lines 3-22
Page 43; Lines 25
Page 44; Lines 1-7, 19-25
Page 46; Lines 11-25
Page 47; Lines 1-17, 20-25
Page 51; Lines 3-14, 17-25
Page 52; Lines 10-12, 14-15, 17-25
Page 53; Lines 1-23
Page 54; Lines 1-6
Page 56; Lines 8-15
Page 58; Lines 21-25
Page 59; Lines 1-9, 15-24
Page 60; Lines 7-12
Page 61; Lines 4-17
Page 63; Lines 23-25
Page 64; Lines 1-3, 13-17, 21-25
Page 65; Lines 1-8

Page 67; Lines 8-25
Page 68; Lines 1-25
Page 69; Lines 1-2, 11-25
Page 70; Lines 1-5, 15-18
Page 71; Lines 14-25
Page 72; Lines 1-11, 21-25
Page 73; Lines 1-2, 4, 6-13
Page 74; Lines 4-21
Page 75; Lines 24-25
Page 76; Lines 1-9
Page 79; Lines 13-14, 16-23
Page 81; Lines 3-25
Page 82; Lines 1, 12-19, 23-25
Page 83; Lines 1-14
Page 84; Lines 3-5, 9-14
Page 85; Lines 22, 24-25
Page 86; Lines 1-14, 18-25
Page 87; Lines 1-2, 11-13
Page 88; Lines 24-25
Page 89; Lines 16-25
Page 90; Lines 13-17
Page 91; Lines 10-13, 21-25
Page 92; Lines 1-24
Page 95; Lines 16-25
Page 96; Lines 1-6
Page 97; Lines 17-25
Page 98; Lines 1-18
Page 100; Lines 2-3, 5-20
Page 103; Lines 13-25
Page 104; Lines 1-24
Page 105; Lines 9-12
Page 108; Lines 14-24
Page 113; Lines 4-21
Page 117; Lines 11-19
Page 118; Lines 17-25
Page 119; Lines 1-7, 9-10
Page 121; Lines 4-11, 16-25
Page 122; Lines 1-2, 7-11
Page 123; Lines 1-25
Page 124; Lines 1-9, 12-23
Page 125; Lines 7-10
Page 126; Lines 7-17
Page 127; Lines 2-3, 9-10, 12-18, 20-25
Page 128; Lines 1-10, 17-23
Page 129; Lines 18-22


BROAD and CASSEL
One Biscayne Tower, 21st Floor 2 South Biscayne Blvd. Miami, Florida 33131-1811 305.373.9400

Page 136; Lines 22-25
Page 137; Lines 1-7
Page 138; Lines 19-24
Page 139; Lines 1-10, 12-18, 22-25
Page 140; Lines 1-6
Page 141; Lines 6-7, 13-24
Page 146; Lines 8, 20-25
Page 147; Lines 1-3
Page 160; Lines 3-5, 10-11
Page 161; Lines 4-10
Page 164; Lines 14, 17-25
Page 165; Lines 22-25
Page 166; Lines 1-23
Pages 167; Lines 24-25
Pages 168; Lines 1-4, 14-18
Page 174; Lines 21-25
Page 175; Lines 1-5
Page 187; Lines 7-12
Page 190; Lines 10-13, 18-24
Page 192; Lines 23-25
Page 196; Lines 22-25
Page 197; Lines 1-4
Page 198; Lines 4, 6-21
Page 199; Lines 17-24
Page 200; Lines 3-5, 7, 9-15, 17-24
Page 201; Lines 1-4, 10-12
Page 202; Lines 7-8, 10-16
Page 203; Lines 7-8, 10-21
Page 204; Lines 17, 19-21, 23-24

**Deposition of Delroy Josephs – June 6, 2012**

Page 7; Lines 3-6, 16-20
Page 8; Lines 3-12
Page 10; Lines 11-16, 19-23
Page 11; Lines 12-13, 19-24
Page 12; Lines 15-17, 25
Page 13; Lines 1-2, 11-16
Page 14; Lines 10-11, 15-24
Page 15; Lines 6-7, 10-16, 20-23
Page 16; Lines 11-14
Page 17; Lines 19-25
Page 18; Lines 1-15, 18-24
Page 19; Lines 7-16

Page 20; Lines 6-10, 14-20, 22-25
Page 21; Lines 4-5, 8-24
Page 22; Lines 12-22
Page 23; Lines 22-23
Page 24; Line 25
Page 25; Lines 1-17, 19-23
Page 26; Lines 1-2, 6-9
Page 27; Lines 17-23
Page 28; Lines 2-8
Page 29; Lines 6-23
Page 30; Lines 1-3, 6-14
Page 31; Lines 7-20
Page 32; Lines 4-24
Page 34; Lines 6-12, 17-19
Page 35; Lines 6-13
Page 36; Lines 1-8
Page 38; Lines 4-25
Page 39; Lines 9-20
Page 40; Lines 3-9
Page 41; Lines 1-9, 13-20
Page 42; Lines 15-25
Page 43; Lines 1-10, 13-19
Page 45; Lines 24-25
Page 46; Lines 1-6, 12-21, 23-24
Page 47; Lines 13-15, 18-22
Page 49; Lines 19-25
Page 50; Line 1
Page 54; Lines 10-15, 18-21
Page 55; Lines 1-10, 23-25
Page 56; Lines 1-19
Page 58; Lines 1-8, 24-25
Page 59; Lines 1-8
Page 62; Lines 22-25
Page 63; Lines 1-7, 17-21
Page 64; Lines 18-25
Page 65; Lines 1-5, 7, 9-19
Page 71; Lines 17-25
Page 72; Lines 1-5
Page 73; Lines 5-13, 21-24
Page 74; Lines 1-5, 8-15, 18-24
Page 79; Lines 22-23, 25
Page 80; Lines 1, 3-14, 19-25
Page 81; Lines 1-11
Page 83; Lines 3-8
Page 86; Lines 1-10

Page 91; Lines 20-25
Page 92; Lines 1-18, 25
Page 93; Lines 1-9, 14-15
Page 95; Lines 5-17, 19-20, 22-25
Page 96; Lines 1-5, 10-13, 21-25
Page 97; Lines 6-7, 10-12
Page 101; Lines 15-18
Page 102; Lines 2-16
Page 108; Lines 12-20, 22-23, 25
Page 109; Lines 1-8, 10-11, 13-18
Page 113; Lines 23-25
Page 114; Lines 1-3, 6-12, 16-22
Page 115; Lines 4-9, 13-17
Page 117; Lines 9-11
Page 120; Lines 5-8, 17-21
Page 122; Lines 10-17
Page 126; Lines 2-25
Page 127; Lines 1-6
Page 128; Line 25
Page 129; Lines 1-20
Page 130; Lines 17-25
Page 131; Lines 1, 19-25
Page 132; Lines 1-15

Respectfully submitted,

/s/ David B. Rosemberg
DAVID B. ROSEMBERG, P.L. (582239)
drosemberg@broadandcassel.com
BROAD AND CASSEL
2 S. Biscayne Blvd., 21st Floor
Miami, FL 33131
Telephone: 305.373.9437
Facsimile: 305.373.9443
*Attorneys for Plaintiffs Coach, Inc., and Coach Services, Inc.*