UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:11-cv-01905-PCF-TBS

COACH, INC., a Maryland corporation,
and COACH SERVICES, INC.,
a Maryland corporation,

Plaintiffs,

v.

VISITORS FLEA MARKET, LLC,
DELROY JOSEPHS, JULIO BATISTA
LUIS FREITES, LILY SY,
SOMPRATHANA VONGVILATH, and
MATILDE SEGURA,

Defendants.
_______________________________________/

**COACH'S PROPOSED VOIR DIRE QUESTIONS**

1. Are you familiar with the brand name Coach? If so, do you have a favorable or unfavorable opinion of Coach?

2. Have you ever visited a Coach store? If so, did your visit leave you with an unfavorable opinion of Coach?

3. Have you ever purchased or received as a gift any Coach merchandise?

If yes, what type or types of merchandise?
If yes, where have you purchased Coach merchandise?

4. Have any of your family members or close friends purchased or received as a gift Coach merchandise?

If yes, what type or types of merchandise?
If yes, do you know where they purchased Coach merchandise?

5. Do you have a favorable impression of Coach merchandise?

If yes, why?

6. Do you have an unfavorable impression of Coach merchandise?

If yes, why?

7. Do you have a favorable impression of Coach as a business?

If yes, why?

8. Do you have an unfavorable impression of Coach as a business?

If yes, why?

9. Are you familiar with the Visitors Flea Market?

10. Have you ever visited the Visitors Flea Market?

11 Have any of your family members or close friends visited the Visitors Flea Market?

12. Do you have a favorable impression of the Visitors Flea Market?

If yes, why?

13. Do you have an unfavorable impression of the Visitors Flea Market?

If yes, why?

14. Have you ever purchased any merchandise at the Visitors Flea Market?

If yes, what type of merchandise?

15. Do you have a favorable impression of the merchandise sold at the Visitors Flea Markets?

If yes, why?

16. Do you have an unfavorable impression of the merchandise sold at the Visitors Flea Markets?

If yes, why?

17. Do you have a favorable impression of the Visitors Flea Market as a business?

If yes, why?

18. Do you have an unfavorable impression of the Visitors Flea Market as a business?

If yes, why?

19. Have you ever purchased any fake or counterfeit designer label merchandise?

If yes, what type of merchandise?
If yes, have any of these purchases involved fake or counterfeit Coach labeled merchandise?

20. Do you think it is appropriate for people or businesses to sell fake or counterfeit designer label merchandise?

If yes, why?
If no, why?

21. Do you think it is appropriate for you or other consumers to purchase fake or counterfeit designer label merchandise?

If yes, why?
If no, why?

22. Do you have any specialized knowledge about trademarks or copyrights?

If yes, please explain?

23. Are you or any member of your family a lawyer?

If yes, please explain.

24. Do you or any member of your family work in law enforcement?

If yes, please explain.

25. Do you or any member of your family work as a claims adjuster?

If yes, please explain.

26. Do you follow any religious precepts or personal principles that would prevent you from sitting in judgment in this case and awarding a money damages verdict, if the facts and the law supported such a verdict?

If yes, please explain.

27. Are there any reasons we have not discussed so far that you think might affect your objectivity or fairness if you were seated as a juror in this case?

If yes, please explain.