1) Education Level, Major, Special Skills?

2) Employment History?

3) Experience with Alcohol?

4) Social, Fraternal, Political, Religious, Civic, Recreational, or Charitable Groups?
   (a) Were you a leader?

5) Experience with Court Claims?

6) Experience counterfeit products?

7) Victim of trademark or copyright infringement?

8) Accused of trademark or copyright infringement?

# Rate Yourself on a Scale from 0 – 10[i]

9) Skeptical - Trusting

10) Detailed Person – Big Picture Person

11) Conservative on Social Issues – Liberal on Social Issues

12) Conservative on Financial Issues – Liberal on Financial Issues

13) Poor Record Keeper – Excellent Record Keeper

14) Computer Illiterate – Computer Whiz

---

[i] 0 being most like the trait to the left, 10 most like the trait to the right, 5 right between the two traits.