UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:11-cv-01905-PCF-TBS

COACH, INC., a Maryland corporation,
and COACH SERVICES, INC.,
a Maryland corporation,

Plaintiffs,

v.

VISITORS FLEA MARKET, LLC,
DELROY JOSEPHS, JULIO BATISTA
LUIS FREITES, LILY SY,
SOMPRATHANA VONGVILATH, and
MATILDE SEGURA,

Defendants.
_______________________________________/

**PLAINTIFF COACH, INC. AND COACH SERVICES, INC.'S**
**PROPOSED JURY VERDICT FORM**

We the jury in the above-captioned action, find the following special verdict on the following questions submitted to us:

**Question No. 1:**

On Coach's claim for Trademark Counterfeiting (Count I), do you find that any of the tenants at the Visitors Flea Market sold or offered to sell Counterfeit handbags bearing Coach's Trademarks?

____________YES ________________NO

If you answered "Yes", then proceed to Question 2. If you answered "No", then proceed to Question 3.

**Question No. 2:**

Which of following trademarks, if any, do you find were counterfeited on the <u>handbags</u> that were sold or offered for sale by tenants at the Visitors Flea Market? Please place a check mark next to the trademark at issue:

____________ COACH

____________

**<sp>**
**<sp>**

____________

____________

____________

____________

____________

____________

____________

____________

____________

**Question No. 3:**

On Coach's claim for Trademark Counterfeiting (Count I), do you find that any of the tenants at the Visitors Flea Market sold or offered to sell Counterfeit <u>wallets</u> bearing Coach's Trademarks?

____________YES ______________NO

If you answered "Yes", then proceed to Question 4. If you answered "No", then proceed to Question 5.

**Question No. 4:**

Which of following trademarks, if any, do you find were counterfeited on the <u>wallets</u> that were sold or offered for sale by tenants at the Visitors Flea Market? Please place a check mark next to the trademark at issue:

____________ COACH

____________

**<sp>**
**<sp>**

____________

____________

_______________

_______________

_______________

**Question No. 5:**

On Coach's claim for Trademark Counterfeiting (Count I), do you find that any of the tenants at the Visitors Flea Market sold or offered to sell Counterfeit <u>wristlets</u> bearing Coach's Trademarks?

**______________**YES **_________________**NO

If you answered "Yes", then proceed to Question 6. If you answered "No", then proceed to Question 7.

**Question No. 6:**

Which of following trademarks, if any, do you find were counterfeited on the <u>wristlets</u> that were sold or offered for sale by tenants at the Visitors Flea Market? Please place a check mark next to the trademark at issue:

_______________ COACH

**<sp>**

_______________

_______________

____________

**Question No. 7:**

On Coach's claim for Trademark Counterfeiting (Count I), do you find that any of the tenants at the Visitors Flea Market sold or offered to sell Counterfeit <u>backpacks</u> bearing Coach's Trademarks?

____________YES _______________NO

If you answered "Yes", then proceed to Question 8. If you answered "No", then proceed to Question 9.

**Question No. 8:**

Which of following trademarks, if any, do you find were counterfeited on the <u>backpacks</u> that were sold or offered for sale by tenants at the Visitors Flea Market? Please place a check mark next to the trademark at issue:

____________ COACH

____________

**<sp>**
**<sp>**

____________

Coach
est.1941

____________

____________

____________

____________

____________

**Question No. 9:**

On Coach's claim for Trademark Counterfeiting (Count I), do you find that any of the tenants at the Visitors Flea Market sold or offered to sell Counterfeit <u>swing packs</u> bearing Coach's Trademarks?

____________YES ______________NO

If you answered "Yes", then proceed to Question 10. If you answered "No", then proceed to Question 11.

**Question No. 10:**

Which of following trademarks, if any, do you find were counterfeited on the <u>swing packs</u> that were sold or offered for sale by tenants at the Visitors Flea Market? Please place a check mark next to the trademark at issue:

____________ COACH

____________

**<sp>**

**<sp>**

______________

______________

______________

______________

______________

______________

**Question No. 11:**

On Coach's claim for Trademark Counterfeiting (Count I), do you find that any of the tenants at the Visitors Flea Market sold or offered to sell Counterfeit <u>sandals</u> bearing Coach's Trademarks?

____________YES ______________NO

If you answered "Yes", then proceed to Question 12. If you answered "No", then proceed to Question 13.

**Question No. 12:**

Which of following trademarks, if any, do you find were counterfeited on the <u>sandals</u> that were sold or offered for sale by tenants at the Visitors Flea Market? Please place a check mark next to the trademark at issue:

__________ COACH

__________

**<sp>**

**Question No. 13:**

On Coach's claim for Trademark Counterfeiting (Count I), do you find that any of the tenants at the Visitors Flea Market sold or offered to sell Counterfeit <u>scarves</u> bearing Coach's Trademarks?

____________YES ______________NO

If you answered "Yes", then proceed to Question 14. If you answered "No", then proceed to Question 15.

**Question No. 14:**

Which of following trademarks, if any, do you find were counterfeited on the <u>scarves</u> that were sold or offered for sale by tenants at the Visitors Flea Market? Please place a check mark next to the trademark at issue:

**<sp>**

__________

__________

**Question No. 15:**

On Coach's claim for Trademark Counterfeiting (Count I), do you find that any of the tenants at the Visitors Flea Market sold or offered to sell Counterfeit caps bearing Coach's Trademarks?

____________YES ______________NO

If you answered "Yes", then proceed to Question 16. If you answered "No", then proceed to Question 17.

**Question No. 16:**

Which of following trademarks, if any, do you find were counterfeited on the caps that were sold or offered for sale by tenants at the Visitors Flea Market? Please place a check mark next to the trademark at issue:

____________

**<sp>**

**Question No. 17:**

On Coach's claim for Trademark Counterfeiting (Count I), do you find Defendant Visitors Flea Market contributorily liable for trademark infringement?

____________YES ______________NO

If you answered "Yes", then proceed to Question 18. If you answered "No", then proceed to Question 21.

**Question No. 18:**

On Coach's claim for Trademark Counterfeiting (Count I), do you find Defendant Visitors Flea Market's trademark infringement was willful?

____________YES ________________NO

If you answered "Yes", then proceed to Question 19. If you answered "No", then proceed to Question 20.

**Question No. 19:**

If you answered "YES" to question No. 18, you have found Visitors Flea Market willfully infringed Coach's registered trademarks. You must now determine the amount of damages Visitors Flea Market must pay per trademark. You must award an amount of not less than $1,000 and not more than $2 million per mark.

Amount awarded per mark: $_____________________________

x ________ (number of marks)

=______________________________ total.

**Question No. 20:**

If you answered "NO" to question No. 18, you have found Visitors Flea Market did not willfully infringe Coach's registered trademarks. You must now determine the amount of damages Visitors Flea Market must pay per trademark. You must award an amount of not less than $1,000 and not more than $200,000 per mark.

Amount awarded per mark: $_____________________________

x ________ (number of marks)

=______________________________ total.

**Question No. 21:**

On Coach's claim for Trademark Counterfeiting, do you find Defendant Delroy Josephs contributorily liable for trademark infringement?

____________YES ______________NO

If you answered "Yes", then proceed to Question 22. If you answered "No", then proceed to Question 25.

**Question No. 22:**

On Coach's claim for Trademark Counterfeiting, do you find that Defendant Delroy Josephs' trademark infringement was willful?

____________YES ______________NO

If you answered "Yes", then proceed to Question 23. If you answered "No", then proceed to Question 24.

**Question No. 23:**

If you answered "YES" to question No. 18, you have found Delroy Josephs willfully infringed Coach's registered trademarks. You must now determine the amount of damages Delroy Josephs must pay per trademark. You must award an amount of not less than $1,000 and not more than $2 million per mark.

Amount awarded per mark: $____________________________

x ________ (number of marks)

=_____________________________ total.

**Question No. 24:**

If you answered "NO" to question No. 18, you have found Delroy Josephs did not willfully infringe Coach's registered trademarks. You must now determine the amount of damages Delroy Josephs must pay per trademark. You must award an amount of not less than $1,000 and not more than $200,000 per mark.

Amount awarded per mark: $____________________________

x ________ (number of marks)

=_____________________________ total.

**Question No. 25:**

On Coach's claim for Copyright Infringement (Count V), do you find that any of the tenants at the Visitors Flea Market sold or offered to sell Counterfeit merchandise bearing Coach's Copyrights?

____________YES _______________NO

If you answered "Yes", then proceed to Question 26. If you answered "No", then proceed to Question 27.

**Question No. 26:**

Which of following copyrights, if any, do you find were counterfeited on merchandise that were sold or offered for sale by tenants at the Visitors Flea Market? Please place a check mark next to the copyright trademark at issue:

**<sp>**Coach Op Art Design
______________ (Registration No. VA-1-694-574)

Coach Heritage Logo
______________ (Registration No. VA-1-714-051)

**Question No. 27:**

On Coach's claim for Copyright Infringement (Count V), do you find Defendant Visitors Flea Market contributorily or vicariously liable for copyright infringement?

____________YES ________________NO

If you answered "Yes", then proceed to Question 28. If you answered "No", then proceed to Question 31.

**Question No. 28:**

On Coach's claim for Copyright Infringement (Count V), do you find Defendant Visitors Flea Mark's copyright infringement was willful?

____________YES ________________NO

If you answered "Yes", then proceed to Question 29. If you answered "No", then proceed to Question 30.

**Question No. 29:**

If you answered "YES" to question No. 18, you have found Visitors Flea Market willfully infringed Coach's registered copyrights. You must now determine the amount of damages Visitors Flea Market must pay per copyright. You must award an amount of not less than $750 and not more than $150,000 per copyright.

Amount awarded per copyright $____________________________

x ________ (number of copyrights)

=_____________________________ total.

**Question No. 30:**

If you answered "NO" to question No. 27, you have found Visitors Flea Market did not willfully infringe Coach's registered copyrights. You must now determine the amount of damages Visitors Flea Market must pay per copyright. You must award an amount of not less than $ 750 and not more than $30,000 per copyright.

Amount awarded per copyright $____________________________

x ________ (number of copyrights)

=_____________________________ total.

**Question No. 31:**

On Coach's claim for Copyright Infringement (Count V), do you find Defendant Delroy Josephs contributorily or vicariously liable for copyright infringement?

____________YES ________________NO

If you answered "Yes", then proceed to Question 32. If you answered "No", then proceed to Question 35.

**Question No. 32:**

On Coach's claim for Copyright Infringement (Count V), do you find Defendant Delroy Josephs' copyright infringement was willful?

____________YES ______________NO

If you answered "Yes", then proceed to Question 33. If you answered "No", then proceed to Question 34.

**Question No. 33:**

If you answered "YES" to question No. 31, you have found Delroy Josephs willfully infringed Coach's registered copyrights. You must now determine the amount of damages Delroy Josephs must pay per copyright. You must award an amount of not less than $750 and not more than $150,000 per copyright.

Amount awarded per copyright $___________________________

x ________ (number of copyrights)

=____________________________ total.

**Question No. 34:**

If you answered "NO" to question No. 32, you have found Delroy Josephs did not willfully infringe Coach's registered copyrights. You must now determine the amount of damages Delroy Josephs must pay per copyright. You must award an amount of not less than $ 750 and not more than $30,000 per copyright.

Amount awarded per copyright $___________________________

x ________ (number of copyrights)

=____________________________ total.

**Question No. 35:**

On Coach's claim for False Designation of Origin (Count III), do you find for Coach?

____________YES ________________NO

**Question No. 36:**

On Coach's claim for Trademark Dilution (Count IV), do you find for Coach?

____________YES ________________NO

**Question No. 37:**

On Coach's claim for Trademark Dilution (Count VI), do you find for Coach?

____________YES ________________NO

**Question No. 38:**

On Coach's claim for Unfair Competition (Count VII), do you find for Coach?

____________YES ________________NO

**Question No. 39:**

On Coach's claim for Unjust Enrichment (Count VIII), do you find for Coach?

____________YES ________________NO

**DATE______________** **FOREPERSON______________________**