U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA (ORLANDO)

CASE NO.: 6:11-cv-01905-PCF-TBS

COACH, INC., et al.,

Plaintiffs,

vs.

VISITORS FLEA MARKET, LLC, et al.,

Defendants.
_________________________________/

**[PROPOSED] SPECIAL VERDICT FORM SUBMITTED BY**
**DEFENDANTS, VISITORS FLEA MARKET, LCC AND DELROY JOSEPHS**

**Trademark Counterfeiting and Infringement, 15 U.S.C. § 1114**

**QUESTION NO. 1**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of evidence that, using services provided by defendants, one or more of defendants' vendors directly infringed a trademark of plaintiff, by proving that the vendor knowingly and intentionally used a mark in connection with the offering for sale, sale or distribution of goods in the United States or in a way that would substantially affect commerce in the United States; and that the mark was counterfeit; and that the use was likely to confuse or deceive?

ANSWER:

*[Circle One:]* **Yes** **No**

*[If your answer to Question 1 is "Yes," proceed to Question No. 2. If your answer to Question No. 1 is "No," proceed to Question No. 10.]*

*[The Charts below identifies each Trademark.]*

| TRADEMARK | REGISTRATION NUMBER | TRADEMARK PICTURE | CLASS OF GOODS |
|---|---|---|---|
| Insert Mark Name | Insert Mark Number | Insert Picture | Insert Class of Goods |

[Using the last three digits of the Registration Number of the trademarks listed in the chart, answer the following question.]

**QUESTION NO. 2**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of evidence that the following trademarks were directly infringed by one or more of Defendants' customers?

[Insert Last 3 Numbers] **Yes** **No**

*[If you answered "Yes" to any of the marks, proceed to Question 3. If you answered "No" to all of the marks, proceed to Question No. 10.]*

**QUESTION NO. 3**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that Visitors Flea Market, LLC knew or should have known that: one or more of Visitor Flea Market, LLC's vendors were using booths leased by Visitors Flea Market, LLC to infringe or to facilitate others to directly infringe the trademark or trademarks of Plaintiffs in the United States.

ANSWER:

*[Circle One:]* **Yes** **No**

*[If you answered "Yes" to Question 3, proceed to the next question. If you answered "No" to Question No. 3, proceed to Question No. 10.]*

**QUESTION NO. 4**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by clear and convincing evidence that Delroy Josephs participated as a moving force in the decision to engage in infringing acts, or otherwise caused infringement as a whole to occur?

ANSWER:

*[Circle One:]* **Yes** **No**

*[Proceed to the next Question.]*

**QUESTION NO. 5**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that plaintiffs were damaged by the contributory infringement of Visitors Flea Market, LLC and Delroy Josephs of the identified trademark or trademarks?

ANSWER:

*[Circle One:]* **Yes** **No**

*[If you answered "Yes" to Question 5, proceed to Question 6. If you answered "No" to Question No. 5, proceed to Question No. 10.]*

**QUESTION NO. 6**

Did Plaintiffs, Coach, Inc. and Coach Services, Inc. prove that in contributing to direct trademark infringement that Visitors Flea Market, LLC acted willfully?

ANSWER:

*[Circle One:]* **Yes** **No**

*[Proceed to the next Question.]*

**QUESTION NO. 7**

Did Plaintiffs, Coach, Inc. and Coach Services, Inc. prove that in contributing to direct trademark infringement that Delroy Josephs acted willfully?

ANSWER:

*[Circle One:]* **Yes** **No**

*[If you answered "Yes" to either Questions 6 or 7, then answer Question No. 8. If you answered "No" to either Questions 6 or 7, then proceed to Question No. 10.]*

**QUESTION NO. 8**

What amount, if any, do you award to plaintiffs from Visitors Flea Market, LLC for statutory damages for contributory trademark infringement?

[If your answer to Question No. 6 is "No," you may award not less than $1,000 or more than $200,000 per counterfeit mark per class of goods sold, offered for sale, or distributed, in the United States. If your answer to Question No. 6 is "Yes," you may award up to $2,000,000 per counterfeit mark per type of goods sold, offered for sale, or distributed in the United States.]

$________________

*[If you answered "Yes" to Question 4, proceed to Question 9. If you answered "No" to Question 4, then proceed to Question No. 10.]*

**QUESTION NO. 9**

What amount, if any, do you award to plaintiffs from Delroy Josephs for statutory damages for contributory trademark infringement?

[If your answer to Question No. 7 is "No," you may award not less than $1,000 or more than $200,000 per counterfeit mark per class of goods sold, offered for sale, or distributed, in the United States. If your answer to Question No. 7 is "Yes," you may award not more than $2,000,000 per counterfeit mark per type of goods sold, offered for sale, or distributed in the United States.]

$________________

*[Proceed to the next Question.]*

## False Designation of Origin and False Advertising, 15 U.S.C. § 1125(a)

**QUESTION NO. 10**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that the defendants, on or in connection with any goods, or any container for goods, used in commerce, any registered Coach word, term, name, symbol or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact?

ANSWER:

| | | |
|---|---|---|
| Visitors Flea Market, LLC *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs *[Circle One:]* | **Yes** | **No** |

[If you answered "Yes" to both defendants, then proceed to Question 16. If you answered "No" to either of the defendants, then proceed to Question 11.]

**QUESTION NO.: 11**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that the defendants caused confusion, mistake, or a deception as to the affiliation, connection, or association of Coach, Inc. or Coach Services, Inc. with the defendants, or as to the origin, sponsorship, or approval of Coach, Inc. or Coach Services, Inc.'s goods with that of the defendants?

ANSWER:

| | | |
|---|---|---|
| Visitors Flea Market, LLC *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs *[Circle One:]* | **Yes** | **No** |

*[Proceed to the next Question.]*

**QUESTION NO. 12**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that the defendants misrepresented the nature, characteristics, qualities, or geographic origin of Coach, Inc. and Coach Services, Inc.'s goods in a commercial advertising or promotion?

ANSWER:

| | | | |
|---|---|---|---|
| Visitors Flea Market, LLC | *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs | *[Circle One:]* | **Yes** | **No** |

*[If you answered "Yes" to either Questions 11 or 12, then proceed to Question 13. If you answered "No" to all of Questions 11 and 12, then proceed to Question No. 16.]*

**QUESTION NO. 13**

If you answered "Yes" to questions 10 and either 11 or 12, as to the Visitors Flea Market, LLC, what amount, if any, do you award plaintiffs from Visitors Flea Market, LLC for damages?

$______________

*[Proceed to the next Question.]*

**QUESTION NO. 14**

If you answered "Yes" to questions 10 and either 11 or 12, for Delroy Josephs, do you find that Delroy Josephs acted in a manner that was reckless, committed in bad faith or with malicious purpose, or in a manner exhibiting wanton and willful disregard to human rights, safety, or property?

*[If you answered "Yes" to Question 14, proceed to Question No. 15. If you answered "No," proceed to Question No. 16.]*

**QUESTION NO. 15**

What amount of damages, if any, do you award to plaintiffs, Coach, Inc. and Coach Services, Inc. from Delroy Josephs?

$_______________

*[Proceed to the next Question.]*

**Trademark Dilution, 15 U.S.C. § 1125(c)**

**QUESTION NO. 16**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that Coach, Inc. and Coach Services, Inc. own the rights to a registered mark that is famous?

ANSWER:

*[Circle One:]* **Yes** **No**

*[If you answered "Yes" to Question 16, proceed to Question No. 17. If you answered "No" to Question 16, proceed to Question No. 23.]*

**QUESTION NO. 17**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that Visitors Flea Market, LLC and Delroy Josephs used the plaintiffs' mark after the mark became famous?

ANSWER:

| | | | |
|---|---|---|---|
| Visitors Flea Market, LLC | *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs | *[Circle One:]* | **Yes** | **No** |

*[If you answered "Yes" to either of the defendants, then proceed to Question 18. If you answered "No" to both defendants, then proceed to Question 23.]*

**QUESTION NO. 18**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by preponderance of the evidence that Visitors Flea Market, LLC and Delroy Josephs' use of the plaintiffs' mark was commercial and in commerce?

ANSWER:

| | | | |
|---|---|---|---|
| Visitors Flea Market, LLC | *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs | *[Circle One:]* | **Yes** | **No** |

*[If you answered "Yes" to either of the defendants, then proceed to Question 19. If you answered "No" to both defendants, then proceed to Question 23.]*

**<u>QUESTION NO. 19</u>**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that Visitors Flea Market, LLC and Delroy Josephs' use of the plaintiffs' marks likely caused dilution?

ANSWER:

| | | | |
|---|---|---|---|
| Visitors Flea Market, LLC | *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs | *[Circle One:]* | **Yes** | **No** |

*[If you answered "Yes" to either of the defendants, then proceed to Question 20. If you answered "No" to both defendants, then proceed to Question 23.]*

**<u>QUESTION NO. 20</u>**

If you answered "Yes" to questions 17, 18 and 19 above, as to the Visitors Flea Market, LLC, what amount, if any, do you award to plaintiffs from Visitors Flea Market, LLC for damages?

$____________________

*[Proceed to the next Question.]*

**<u>QUESTION NO. 21</u>**

If you answered "Yes" to questions 17, 18 and 19 above for Delroy Josephs, do you find that Delroy Josephs acted in a manner that was reckless, committed in bad faith or with malicious purpose, or in a manner exhibiting wanton and willful disregard of human rights, safety, or property?

ANSWER:

*[Circle One:]* **Yes** **No**

*[If you answered "Yes" to Question No. 21, proceed to Question No. 22. If you answered "No," proceed to Question No. 23].*

**<u>QUESTION NO. 22</u>**

What amount, if any, do you award to plaintiffs from Delroy Josephs?

$________________

*[Proceed to the next Question.]*

**<u>Copyright Infringement, 17 U.S.C. § 101 *et seq.*</u>**

**<u>QUESTION NO. 23</u>**

Did plaintiffs Coach, Inc. and Coach Services, Inc. prove by a preponderance of evidence that one or more of the Visitors Flea Market, LLC's vendors used the flea market to directly infringe a copyright of the plaintiffs in the United States?

ANSWER:

*[Circle One:]* **Yes** **No**

*[If you answered "Yes" to Question 23, proceed to the next Question. If you answered "No," proceed to Question No. 30.]*

*[The Chart below identifies each copyright.]*

| COPYRIGHT | REGISTRATION NUMBER | DATE PUBLISHED | DATE REGISTERED |
|---|---|---|---|
| | | | |

*[Using the last three digits of the Registration Number of the copyrights listed in the chart, answer the following question.]*

**QUESTION NO. 24**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of evidence the following copyrights were directly infringed by one or more of defendants' vendors that you identified in your answer to Question No. 23?

[Insert Last 3 Numbers] **Yes** **No**

*[If you answered "Yes" to any of the copyrights, proceed to Question 25. If you answered "No" to all of the copyrights, proceed to Question 29.]*

**QUESTION NO. 25**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that the following defendants knew or should have known that one or more of Visitor Flea Market, LLC's vendors were using the flea market's booths to infringe or to facilitate others to directly infringe the copyright or copyrights of plaintiffs in the United States?

ANSWER:

Visitors Flea Market, LLC *[Circle One:]* **Yes** **No**

Delroy Josephs *[Circle One:]* **Yes** **No**

*[If you answered "Yes" as to any defendant, proceed to Question No. 26. If you answered "No" as to all defendants, proceed to Question No. 29.]*

**QUESTION NO. 26**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of evidence that plaintiffs were damaged by the contributory infringement of Visitors Flea Market, LLC and Delroy Josephs of a copyright or copyrights?

ANSWER:

| | | | |
|---|---|---|---|
| Visitors Flea Market, LLC | *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs | *[Circle One:]* | **Yes** | **No** |

*[If you answered "Yes" as to any defendant, proceed to Question No. 27. If you answered "No" as to all defendants, proceed to Question No. 29.]*

**QUESTION NO. 27**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove that in contributing to direct copyright infringement Visitors Flea Market, LLC and Delroy Josephs acted willfully?

ANSWER:

| | | | |
|---|---|---|---|
| Visitors Flea Market, LLC | *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs | *[Circle One:]* | **Yes** | **No** |

*[Proceed to next Question.]*

**QUESTION NO. 28**

What amount, if any, do you award to plaintiffs, Coach, Inc. and Coach Services, Inc. for statutory damages for contributory copyright infringement?

[If your answer to Question No. 27 is "No," you may award not less than $750 nor more than $30,000 per copyright infringed, the direct infringement of which you found defendants contributed in the United States. If your answer to Question No. 27 is "Yes," you may award as much as $150,000 for each work willfully infringed. If you find the infringement was innocent, you may award as little as $200 for each work innocently infringed.]

ANSWER:

Visitors Flea Market, LLC $____________

Delroy Josephs $____________

*[Proceed to the next Question.]*

**Trademark Dilution, Fla. Stat. § 495.151**

**QUESTION NO. 29**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that Coach, Inc. and Coach Services, Inc. owns the rights to a registered mark that is famous?

ANSWER:

*[Circle One:]* **Yes** **No**

*[If you answered "Yes" to Question 29, proceed to Question No. 30. If you answered "No" to Question 29, proceed to Question No. 36.]*

**QUESTION NO. 30**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that Visitors Flea Market, LLC and Delroy Josephs used the plaintiffs' mark after the mark became famous?

ANSWER:

| | | | |
|---|---|---|---|
| Visitors Flea Market, LLC | *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs | *[Circle One:]* | **Yes** | **No** |

*[If you answered "Yes" to Question 30, proceed to Question 31. If you answered "No" to Question 30, then proceed to Question 36.]*

**QUESTION NO. 31**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by preponderance of the evidence that Visitors Flea Market, LLC and Delroy Josephs' use of the plaintiffs' mark was commercial and in commerce?

ANSWER:

| | | | |
|---|---|---|---|
| Visitors Flea Market, LLC | *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs | *[Circle One:]* | **Yes** | **No** |

*[If you answered "Yes" to either defendant, proceed to Question 32. If you answered "No" to both defendants, then proceed to Question 36.]*

**QUESTION NO. 32**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that Visitors Flea Market, LLC and Delroy Josephs' use of the plaintiffs' marks likely caused dilution?

ANSWER:

| | | | |
|---|---|---|---|
| Visitors Flea Market, LLC | *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs | *[Circle One:]* | **Yes** | **No** |

*[If you answered "Yes" to either defendant, then proceed to Question 33. If you answered "No" to both defendants, proceed to Question 36.]*

**QUESTION NO. 33**

If you answered "Yes" to questions 30, 31 and 32 above, as to the Visitors Flea Market, LLC, what amount, if any, do you award to plaintiffs from Visitors Flea Market, LLC for damages?

$___________________

*[Proceed to the next Question.]*

**QUESTION NO. 34**

If you answered "Yes" to questions 30, 31, and 32 above for Delroy Josephs, do you find that Delroy Josephs acted in a manner that was reckless, committed in bad faith or with malicious purpose, or in a manner exhibiting wanton and willful disregard of human rights, safety, or property?

ANSWER:

*[Circle One:]* **Yes** **No**

*[If you answered "Yes" to Question No. 34, proceed to Question No. 35. If you answered "No," proceed to Question No. 36.]*

**QUESTION NO. 35**

What amount, if any, do you award to plaintiffs from Delroy Josephs?

$________________

*[Proceed to the next Question.]*

## Unfair Competition

**QUESTION NO. 36**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that plaintiffs first adopted and used the trademarks identified by you in Question No. 2 in a certain market or trade area as a means of establishing goodwill and reputation, and to describe, identify, or denominate particular goods made or sold, and to distinguish them from similar trademarks of others?

ANSWER:

*[Circle One:]* **Yes** **No**

*[If your answer to Question No. 36 is "Yes," proceed to Question No. 37. If your answer to Question No. 36 is "No," proceed to Question No. 43.]*

**QUESTION NO. 37**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that through its association with such goods, the plaintiffs' trademarks acquired a specific significance because of the name or that the mark is inherently distinctive or has acquired a secondary or special trade meaning?

ANSWER:

*[Circle One:]* **Yes** **No**

*[If your answer to Question No. 37 is "Yes," proceed to Question No. 38. If your answer to Question No. 37 is "No," proceed to Question No. 43.]*

**QUESTION NO. 38**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that the defendants, Visitors Flea Market, LLC and Delroy Josephs used the identical or confusingly similar name or mark to indicate or identify similar products in competition with the plaintiffs?

ANSWER:

| | | | |
|---|---|---|---|
| Visitors Flea Market, LLC | *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs | *[Circle One:]* | **Yes** | **No** |

*[If you answered "Yes" as to any defendant, proceed to Question No. 39. If you answered "No" as to all defendants, proceed to Question No. 43.]*

**QUESTION NO. 39**

Did plaintiffs' Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that consumer confusion was probable or inevitable?

ANSWER:

*[Circle One:]* **Yes** **No**

*[If your answer to Question No. 39 was "Yes," proceed to Question No. 40. If your answer to Question No. 39 is "No," proceed to Question No. 43.]*

**QUESTION NO. 40**

If you answered "Yes" to Question 38, as to the Visitors Flea Market, LLC, what amount, if any, do you award plaintiffs, Coach, Inc. and Coach Services, Inc. from Visitors Flea Market, LLC for damages?

$______________

*[Proceed to the next Question.]*

**QUESTION NO. 41**

If you answered "Yes" to Question 38, as to Delroy Josephs, do you find that Delroy Josephs acted in a manner that was reckless, committed in bad faith or with malicious purpose or in a manner exhibiting wanton and willful disregard to human rights, safety, or property?

ANSWER:

*[Circle One:]* **Yes** **No**

*[If you answered "Yes" to Question No. 41 above, proceed to Question No. 42. If you answered "No," to Question 41, proceed to Question 43.]*

**QUESTION NO. 42**

If you answered "Yes" to Question 41, what amount, if any, do you award to plaintiffs from Delroy Josephs for damages?

$______________________

*[Proceed to the next Question.]*

**<u>Deceptive and Unfair Trade Practices, Fla. Stat. § 501.201</u>**

**<u>QUESTION NO. 43</u>**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. prove by a preponderance of the evidence that the defendants, Visitors Flea Market, LLC and Delroy Josephs, engaged in a practice which was likely to deceive and mislead consumers acting reasonably in the circumstances, to the detriment of consumers?

ANSWER:

| | | | |
|---|---|---|---|
| Visitors Flea Market, LLC | *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs | *[Circle One:]* | **Yes** | **No** |

*[If you answered "Yes" as to any defendant, proceed to Question No. 44. If you answered "No" as to all defendants, have your presiding juror date and sign this verdict form and send out a note that you have reached a verdict.]*

**QUESTION NO. 44**

Did Coach prove by a preponderance of the evidence that the defendants, Visitors Flea Market, LLC and Delroy Josephs, engaged in conduct offensive to the established public policy and immoral, unethical, oppressive, unscrupulous or substantially injurious to plaintiffs, Coach, Inc. or Coach Services, Inc.?

ANSWER:

| | | | |
|---|---|---|---|
| Visitors Flea Market, LLC | *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs | *[Circle One:]* | **Yes** | **No** |

*[If you answered "Yes" as to any defendant, proceed to Question No. 45. If you answered "No" as to all defendants, have your presiding juror date and sign this verdict form and send out a note that you have reached a verdict.]*

**QUESTION NO. 45**

Did plaintiffs, Coach, Inc. and Coach Services, Inc. suffer damages as a result of the conduct of Visitors Flea Market, LLC or Delroy Josephs?

ANSWER:

| | | | |
|---|---|---|---|
| Visitors Flea Market, LLC | *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs | *[Circle One:]* | **Yes** | **No** |

*[If you answered "Yes" as to any defendant, proceed to Question No. 46. If you answered "No" as to all defendants, have your presiding juror date and sign this verdict form and send out a note that you have reached a verdict.]*

**QUESTION NO. 46**

Were the damages suffered by plaintiffs, Coach, Inc. and Coach Services, Inc. as a result of the defendants' conduct separate and apart from lost profits, nominal damages, speculative losses, compensation for subjective feelings of disappointment, or consequential damages?

ANSWER:

| | | | |
|---|---|---|---|
| Visitors Flea Market, LLC | *[Circle One:]* | **Yes** | **No** |
| Delroy Josephs | *[Circle One:]* | **Yes** | **No** |

*[If you answered "Yes" as to any defendant, proceed to Question No. 47. If you answered "No" as to all defendants, have your presiding juror date and sign this verdict form and send out a note that you have reached a verdict.]*

**QUESTION NO. 47**

If you answered "Yes" to Questions 43, 44, 45 and 46, as to Visitors Flea Market, LLC, what amount of money will fairly and adequately compensate plaintiffs, Coach, Inc. and Coach Services, Inc. for its damages which resulted from the conduct of Visitors Flea Market, LLC? Do not include lost profits, nominal damages, speculative losses, compensation for subjective feelings of disappointment, or consequential damages in this amount.

$________________

*[Proceed to the next Question.]*

**QUESTION NO. 48**

If you answered "Yes" to Questions 43, 44, 45 and 46, as to Delroy Josephs, do you find that Delroy Josephs acted in a manner that was reckless, committed in bad faith or with malicious purpose, or in a manner exhibiting wanton and willful disregard to human rights, safety, or property?

ANSWER:

*[Circle One:]* **Yes** **No**

*[If you answered "Yes" to Question 48, proceed to Question No. 49. If you answered "No," have your presiding juror date and sign this verdict form and send out a note that you have reached a verdict.]*

**QUESTION NO. 49**

What amount of money will fairly and adequately compensate plaintiffs, Coach, Inc. and Coach Services, Inc. for its damages which resulted from the conduct of Delroy Josephs? Do not include lost profits, nominal damages, speculative losses, compensation for subjective feelings of disappointment, or consequential damages in this amount.

$________________

[*Have your presiding juror date and sign this verdict form and send out a note that you have reached a verdict.]*

DATED:________________________

____________________________________
Signature of Presiding Juror

____________________________________
Print Name of Presiding Juror