**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

COACH, INC., COACH SERVICES, INC.,

    Plaintiffs,

vs.                                     CASE NO. 6:11-CV-1905-ORL-19TBS

VISITORS FLEA MARKET, LLC, DELROY
JOSEPHS, JULIO BATISTA, et al.,

    Defendants.

---

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 117, filed December 11, 2012). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 117) is **ADOPTED and AFFIRMED IN PART.** The United States Magistrate Judge has noted in his Report Recommendation that discovery has closed, the deadline for dispositive motions has passed, the parties have filed their Joint Pretrial Statement, and no party has alleged that it is not ready to try this action. Accordingly, Defendants, Visitors Flea Market, LLC, Visitors Plaza, Inc. and Delroy Josephs' Opposition to Plaintiffs' Proposed Scheduling Order Pursuant to the Court's November 16, 2012 [DE 105] Order (Doc. No. 109, filed November 27, 2012) is **SUSTAINED.** The Court will adopt **IN PART** the case management schedule proposed in the Magistrate's Report and Recommendation (Doc. No. 117), and will enter a separate Amended Case Management and Scheduling Order.

Further, Defendants' request to limit Plaintiffs' discovery in the Plaza Action to issues not previously addressed during discovery in this action is **DENIED** for the reasons stated

in the Report and Recommendation of the United States Magistrate Judge (Doc. No. 117).

**DONE AND ORDERED** at Orlando, Florida, this ___29th___ day of December, 2012.

*Patricia C. Fawsett*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record