UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COACH, INC. and COACH SERVICES, INC.,

    Plaintiffs,

v.      Case No:  6:11-cv-1905-Orl-22TBS

VISITORS FLEA MARKET, LLC, JULIO BATISTA, LUIS FREITES, SOMPRATHANA VONGUILATH, MATILDE SEGURA and EXECUTOR OR ASSIGNS OF THE ESTATE OF DELROY JOSEPHS,

    Defendants.

## ORDER

Pending before the Court is Plaintiffs' Motion to Substitute Charles Wohlust, Curator for Defendant the Estate of Delroy Josephs. (Doc. 212). Plaintiffs seek to substitute Wohlust, the Curator of Delroy Josephs' Estate, for named Defendant Executor or Assigns of the Estate of Delroy Josephs, which the Court designated as party of record on January 13, 2014. Upon due consideration, the Court **GRANTS** Plaintiffs' motion. Charles Wohlust, Curator of Delroy Josephs' Estate is substituted for Executor or Assigns of the Estate of Delroy Josephs as a Defendant in this case.

**DONE** and **ORDERED** in Orlando, Florida on May 1, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties