UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COACH, INC., a Maryland corporation, and COACH SERVICES, INC., a Maryland corporation,

    Plaintiffs,

v.

VISITORS FLEA MARKET, LLC, G. CHARLES WOHLUST, JULIO BATISTA, LUIS FREITES, SOMPRATHANA, VONGUILATH, and MATILDE SEGURA,

    Defendants.
_____/

CASE NO.: 6:11-cv-1905-Orl-19GJK

COACH, INC., a Maryland corporation, and COACH SERVICES, INC., a Maryland corporation,

    Plaintiffs,

v.

VISITORS PLAZA, INC., and G. CHARLES WOHLUST,

    Defendants.
_____/

CASE NO.: 6:12-cv-979-Orl-19KRS

## NOTICE OF SETTLEMENT AND REQUEST TO ABATE

Plaintiffs, Coach, Inc. and Coach Services, Inc. (together "Coach"), by and through undersigned counsel, hereby notify the Court of the following:

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811  305.373.9400

1.	A confidential settlement has been reached between Plaintiffs Coach and Defendants Visitors Flea Market, LLC, Visitors Plaza, Inc. and G. Charles Wohlust, as Curator for the Estate of Delroy Josephs Sr., with respect to the above-captioned lawsuit.

2.	Pursuant to the Parties' confidential agreement, a condition must occur on or before June 30, 2014, such that the settlement can be completed.

3.	Accordingly, Coach requests that the Court abate this matter through and including June 30, 2014, to allow for the condition to take place.  Upon completing the settlement, Plaintiffs will file a notice of dismissal.

Respectfully submitted,

/s/ David B. Rosemberg
David B. Rosemberg, P.L. (582239)
drosemberg@broadandcassel.com
George G. Mahfood, P.A. (077356)
gmahfood@broadandcassel.com
BROAD AND CASSEL
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, Florida  33131
Telephone: 305.373.9400
Facsimile:   305.373.9443
*Attorneys for Plaintiffs Coach, Inc. and Coach Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2014 I electronically filed the foregoing with the Clerk of the Courts by using the ECF system, which will send a notice of electronic filing to the following: **Michael D. Crosbie, Esq.**, Shutts & Bowen, LLP, 300 South Orange Avenue, Suite 1000, Orlando, FL 32801.  I also certify that the foregoing is being served this day via U.S. Mail on **Julio Batista**, 1189 Epson Oak Way, Orlando, FL 32837.

        */s/* David B. Rosemberg
        David B. Rosemberg, P.L. (582239)