# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

COACH, INC. and COACH SERVICES, INC.,

    Plaintiffs,

v.

Case No: 6:11-cv-1905-Orl-22GJK
(member case 6:12-cv-979-Orl-22KRS)

VISITORS FLEA MARKET, LLC, JULIO BATISTA, LUIS FREITES, SOMPRATHANA VONGUILATH, MATILDE SEGURA, VISITORS PLAZA, INC., and, CHARLES WOHLUST,

    Defendants.

## ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been settled (Doc. No. 231). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 16, 2014.

ROY B. DALTON, JR.
United States District Judge
(signed in the absence of
Chief Judge Anne C. Conway)

Copies furnished to:

Counsel of Record
Unrepresented Parties