UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:11-cv-1905-Orl-19GJK

COACH, INC., a Maryland corporation, and COACH SERVICES, INC., a Maryland corporation,

    Plaintiffs,

v.

VISITORS FLEA MARKET, LLC, G. CHARLES WOHLUST, JULIO BATISTA, LUIS FREITES, SOMPRATHANA, VONGUILATH, and MATILDE SEGURA,

    Defendants.
_____/

CASE NO.: 6:12-cv-979-Orl-19KRS

COACH, INC., a Maryland corporation, and COACH SERVICES, INC., a Maryland corporation,

    Plaintiffs,

v.

VISITORS PLAZA, INC., and G. CHARLES WOHLUST,

    Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), Plaintiffs, COACH, INC. and COACH SERVICES, INC. and Defendants, VISITORS FLEA MARKET, LLC, G. CHARLES WOHLUST and VISITORS PLAZA, INC., based on the confidential settlement of this matter

between the parties, hereby jointly stipulate to the dismissal of Plaintiffs' claims against the Defendants with prejudice, with each party to bear their own attorney's fees and costs.

DATED: This 23rd day of June, 2014.

| | |
|---|---|
| /s/ David B. Rosemberg | /s/ Michael D. Crosbie |
| DAVID B. ROSEMBERG, P.L. (582239) | MICHAEL D. CROSBIE, ESQ. (72575) |
| drosemberg@broadandcassel.com | SHUTTS & BOWEN LLP |
| BROAD AND CASSEL | 300 South Orange Avenue, Suite 1000 |
| 2 S. Biscayne Blvd., 21st Floor | Orlando, FL 32801 |
| Miami, Florida 33131 | Telephone: 407.835.6796 |
| Telephone: 305.373.9437 | Facsimile: 407.849.7275 |
| Facsimile: 305.373.9443 | *Attorneys for Defendants Visitors Plaza, Inc., Visitors Flea Market, LLC and G. Charles Wohlust.* |
| *Attorneys for Plaintiffs Coach, Inc. and Coach Services, Inc.* | |